IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

The New York Times Company

| Plaintiff | Case Number |
|---|---|
| vs. | 26  cv 3855 |
| Department of Defense | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

New York Times Company

| Plaintiff | Case Number |
|---|---|
| vs. | 1:24-cv-08266 |
| United States Department of Defense | |
| Defendant | |

IH-32                                                                                                    Rev: 2014-1

## Status of Earlier Filed Case:

| | | |
|---|---|---|
| ☐ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| 4 | Open | (If so, set forth procedural status and summarize any court rulings.) |

Defendant has answered the complaint, and the parties have filed a series of joint status reports updating the Court on the status of Defendant's search for and production of responsive records.

**Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.**

The newly filed case concerns a FOIA request that arose out of one of the FOIA requests at issue in the earlier filed case. The earlier filed case is about five FOIA requests for documents concerning certain U.S. government operations in Afghanistan and Iraq from 2007 to 2015. One of those FOIA requests sought a particular document, but the Department of Defense (DOD) component that this request was directed to, CENTCOM, referred the matter to another component, USARCENT, which acknowledged receipt and assigned a new FOIA case number. That request  to USARCENT is the subject of the newly filed case. Both cases involve overlapping facts, and the same or substantially similar parties.

Signature: _David Schulz_____     Date: 05/08/2026 _____

Firm: Media Freedom and Information Access Clinic, Yale Law School _____