

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 5, 2026

**<u>BY ECF</u>**
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

     Re:  *The New York Times Co. v. U.S. Dep't of Defense*, 24 Civ. 8266 (MMG)
           *The New York Times Co. v. Department of Defense*, 26 Civ. 3855 (MMG)

Dear Judge Garnett:

     This Office represents the defendant, the United States Department of Defense (DOD), in the above-referenced related Freedom of Information Act (FOIA) cases. I write jointly with counsel for plaintiff to provide a status update on both actions.

     As to *The New York Times Co. v. U.S. Dep't of Defense*, 24 Civ. 8266 (MMG) ("Action I"), as noted in previous letters, plaintiff's complaint covers five separate FOIA requests made during 2023, which broadly relate to certain U.S. government operations in Afghanistan and Iraq from 2007 to 2015. *See* Complaint ¶¶ 8, 9, 13, 17, 23, 28. The government did not identify any records responsive to Request 1. DOD produced responsive and non-exempt documents for Request 2 on January 30, 2026. After reviewing documents identified by search terms to which the parties agreed, DOD identified no responsive documents for Request 3. For Requests 4 and 5, the government completed its production of responsive, non-exempt documents on or about October 14, 2025, and produced a Vaughn index for the withholdings in March 2026.

     On April 20, 2026, plaintiff requested certain additional information regarding the withholdings described in the Vaughn index and, on April 23, 2026, the government provided plaintiff with a revised Vaughn index.  Plaintiff reviewed the revised Vaughn index and conveyed additional questions to the government on May 6, 2026.  The government is in the process of re-reviewing certain records in an effort to determine whether particular information cited by Plaintiff can be segregated and released.  The parties continue to work together in good faith to seek to resolve remaining issues without motion practice, and no party currently wishes to raise any disputes with the Court.  Therefore, we respectfully propose that the parties file a further joint status report by July 10, 2026.

     As to *The New York Times Co. v. Department of Defense*, 26 Civ. 3855 (MMG) ("Action II"), plaintiff filed a complaint on May 8, 2026, in connection with its FOIA request for a copy of an AR 15-6 investigation related to a particular U.S. Army employee.  The government's response

to the complaint is currently due June 15, 2026.  DOD is still processing Plaintiff's appeal from DOD's initial response to the request and expects to complete that process within the next several weeks.  Accordingly, we respectfully propose that the parties file a further joint status report on July 10, 2026, in conjunction with the status report for Action I, and that the time for the government to respond to the complaint in Action II be extended to July 24, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Christine S. Poscablo
CHRISTINE S. POSCABLO
Assistant United States Attorney
(212) 637-2674