

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 10, 2026

**BY ECF**
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      Re:  *The New York Times Co. v. U.S. Dep't of Defense*, 24 Civ. 8266 (MMG)
              *The New York Times Co. v. Department of Defense*, 26 Civ. 3855 (MMG)

Dear Judge Garnett:

This Office represents the defendant, the United States Department of Defense (DOD), in the above-referenced related Freedom of Information Act (FOIA) cases. I write jointly with counsel for plaintiff to provide a status update on both actions.

As to *The New York Times Co. v. U.S. Dep't of Defense*, 24 Civ. 8266 (MMG) ("Action I"), as noted in previous letters, plaintiff's complaint covers five separate FOIA requests made during 2023, which broadly relate to certain U.S. government operations in Afghanistan and Iraq from 2007 to 2015. *See* Complaint ¶¶ 8, 9, 13, 17, 23, 28. The government did not identify any records responsive to Request 1. DOD produced responsive and non-exempt documents for Request 2 on January 30, 2026. After reviewing documents identified by search terms to which the parties agreed, DOD identified no responsive documents for Request 3. For Requests 4 and 5, the government completed its production of responsive, non-exempt documents on or about October 14, 2025, and produced a Vaughn index for the withholdings in March 2026.

On April 20, 2026, plaintiff requested certain additional information regarding the withholdings described in the Vaughn index and, on April 23, 2026, the government provided plaintiff with a revised Vaughn index. Plaintiff reviewed the revised Vaughn index and conveyed additional questions to the government on May 6, 2026. The government has re-reviewed certain records in an effort to determine whether particular information cited by Plaintiff can be segregated and released. The government intends to release additional information but does not yet have a date for the release. The parties continue to work together in good faith to seek to resolve remaining issues without motion practice, and no party currently wishes to raise any disputes with the Court. Therefore, we respectfully propose that the parties file a further joint status report by August 7, 2026.

As to *The New York Times Co. v. Department of Defense*, 26 Civ. 3855 (MMG) ("Action II"), plaintiff filed a complaint on May 8, 2026, in connection with its FOIA request for a copy of an AR 15-6 investigation related to a particular U.S. Army employee. The government's

response to the complaint is currently due July 24, 2026.  DOD is still processing Plaintiff's appeal from DOD's initial response to the request and, although DOD had initially contemplated completing the process within several weeks of the parties' previous status update, DOD does not yet have an estimated completion date.  Accordingly, DOD will respond to the complaint by July 24, 2026, and we respectfully propose that the parties file a further joint status report on August 7, 2026, in conjunction with the status report for Action I.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Christine S. Poscablo
CHRISTINE S. POSCABLO
Assistant United States Attorney
(212) 637-2674